# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:16-CR-00221-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MARTIN DELAINE LEWIS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Probation (Doc. No. 438). Defendant requests removal of the requirement of location monitoring technology as a condition of home detention. In support, Defendant declares that he suffers from an end-stage kidney disease which causes swelling in his extremities. Defendant also submitted a letter from his treating physician, which recommends removing the monitoring bracelet. Having considered the matter, the Court will grant the unopposed motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Modify Conditions of Probation (Doc. No. 438) is **GRANTED**, and Defendant shall be allowed to have the electronic monitoring bracelet removed. Defendant shall otherwise abide by all previously imposed conditions.

Signed: October 25, 2019

*[Signature]*

Max O. Cogburn Jr
United States District Judge